*In re* CONFERENCIA JUDICIAL.

*Número:* EC-95-3          *Resuelto:* 16 de junio de 1995

## RESOLUCIÓN

Mediante Resolución de 24 de marzo de 1995, el Tribunal nombró el Comité de Educación Jurídica Continuada. Ampliamos ahora su composición y como miembros adicionales designamos los siguientes:

Lcdo. Ángel R. Marrero Febus
Lcdo. Manuel Fermín Arraiza

Notifique el Secretario General del Tribunal con copia de la presente a dichos abogados y a los demás integrantes.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*